UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BRYAN WAYNE CRAWLEY, | Case No. 3:12-cv-00465-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| R. BAKER, et al., | |
| Respondents. | |

Petitioner having submitted a motion for extension of time (dkt. no. 14), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (dkt. no. 14) is GRANTED. Petitioner shall have through August 26, 2013, to submit an amended petition.

DATED THIS 29th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE