# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| BRYAN WAYNE CRAWLEY, | Case No. 3:12-cv-00465-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| R. BAKER, et al., | |
| Respondents. | |

Petitioner has submitted a motion for extension of time (dkt. no. 39) and a motion in response to motion for summary judgment (dkt. no. 40). In both motions he asks for additional time to respond to respondents' motion to dismiss (dkt. no. 35). The Court will grant him additional time, but the amount that he asks for is excessive.

It is therefore ordered that petitioner's motion for extension of time (dkt. no. 39) and motion in response to motion for summary judgment (dkt. no. 40) are granted in part. Petitioner shall have through February 23, 2015, to file and serve a response to the motion to dismiss (dkt. no. 35).

DATED THIS 29th day of December 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE